Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 17−31054−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nicholas Avicolli
    985 Papen Rd
    Bridgewater, NJ 08807−1358

Social Security No.:
    xxx−xx−6493

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 27, 2017
JAN: bwj

                                                                        Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-31054-CMG
Nicholas Avicolli                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Dec 27, 2017
                              Form ID: 148             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
```
db              Nicholas Avicolli,    985 Papen Rd,    Bridgewater, NJ 08807-1358
cr             +Mathew Property Inc./Ned Moftah,    44 Wintons Way,    Monroe, NJ 08831-2615
517126453       American Express,    PO Box 10354,    Des Moines, IA 50306-0354
517126456       Atlantic Health System,    Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
517126461       Christina Pope,    788 Rossville Ave,    Staten Island, NY 10309-1708
517126463       Daniel J. Capacci, Esq.,    Parker McCay, P.A.,    PO Box 5054,    Mount Laurel, NJ 08054-5054
517126464       Debt Recovery Solutions,    PO Box 9003,    Syosset, NY 11791-9003
517126465       Direct Merchants Bank Card Services,    PO Box 30258,    Salt Lake City, UT 84130-0258
517126468       For Shore Weed Control, Inc.,    2224 Route 88,    Brick, NJ 08724-3230
517145848       GB Collects,    1253 Haddonfield Berlin Road,    Voorhees, NJ 08043-4847
517126471       Jeffrey E. Tomei, Esq.,    The Law Firm of Tomei & Asso., PC,    15 Seguine Ave,
                 Staten Island, NY 10309-3720
517126472       John Redmond,    788 Rossville Ave,    Staten Island, NY 10309-1708
517126473       LL Bean Visa Card,    Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
517126474       Matthew Property Inc.,    c/o Andrew Pappas, Esq.,    182 Rose Ave,
                 Staten Island, NY 10306-2963
517126475       Medac-Summit Anesthesia Asso. PA,    c/o Chase Receivables,    PO Box 659,
                 West Caldwell, NJ 07007-0659
517126476       Mercantile,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
517126484       NYC Department of Taxation and Finance,    NYS Assessment Receivables,    PO Box 4128,
                 Binghamton, NY 13902-4128
517145851       NYC Water Board,    DEP/BCS Customer Service,    PO Box 739055,    Elmhurst, NY 11373-9055
517126477       Nabil Bastawros,    44 Wintons Way,    Monroe Township, NJ 08831-2615
517126478      #Nationwide Credit, Inc.,    PO Box 26315,    Lehigh Valley, PA 18002-6315
517126479       New York State Dept. of Taxation,    Bankruptcy Section,    PO Box 5300,    Albany, NY 12205-0300
517126480       New York-Presbyterian,    PO Box 9305,    New York, NY 10087-2305
517126481       Nicholas J. Coscia,    788 Rossville Ave,    Staten Island, NY 10309-1708
517126482       Nicholas Pope,    788 Rossville Ave,    Staten Island, NY 10309-1708
517126485       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517126488       RWJ University Hosp Somerset,    110 Rehill Ave,    Somerville, NJ 08876-2519
517126486       Remex, Inc.,    307 Wall St,    Princeton, NJ 08540-1515
517126487       Richard B. Gelfond, Esq.,    Levy & Watkinson, PC,    90 Woodbridge Center Dr Ste 210,
                 Woodbridge, NJ 07095-1154
517126490       SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517126489       Sandra R. Coscia,    788 Rossville Ave,    Staten Island, NY 10309-1708
517126491       State of New Jersey,    Division of Taxation,    50 Barrack St,    Trenton, NJ 08608-2006
517126492       Sue-San Giuffre,    6 Dutch Lane Rd,    Marlboro, NJ 07746-2165
517126493       Summit Anesthesia Asso PA,    PO Box 786872,    Philadelphia, PA 19178-6872
517126494       Summit Radiological Asso.,    d/b/a Westfield Imging Center,    PO Box 1259,
                 Oaks, PA 19456-1259
517126495       Surgicare Anesthesia of Central Jersey,    40 Stirling Rd,    Watchung, NJ 07069-5900
517126496       The Bank of New York Mellon,    Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,
                 Highlands Ranch, CO 80129-2386
517150202      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517126498       The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY 12212-5186
517126499       Verizon Wireless,    Bankruptcy Department,    500 Technology Dr Ste 550,
                 Weldon Spring, MO 63304-2225
517126500       Vital Recovery Services, LLC,    PO Box 923748,    Peachtree Corners, GA 30010-3748
517126501       Weill Cornell Medicine,    575 Lexington Ave Rm 540,    New York, NY 10022-6145
517145846       Yellow Pages United,    PO Box 50038,    Jacksonville, FL 32240-0038

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 27 2017 22:34:01      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 27 2017 22:33:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517126451       E-mail/Text: amscbankruptcy@adt.com Dec 27 2017 22:34:38      ADT Security Services,
                 3190 S Vaughn Way,    Aurora, CO 80014-3512
517145852      +E-mail/Text: amscbankruptcy@adt.com Dec 27 2017 22:34:38      ADT Security Services, Inc.,
                 Attn: Bankruptcy Processing,    3190 South Vaughn Way,    Aurora, CO 80014-3512
517126450       E-mail/Text: mreed@affcollections.com Dec 27 2017 22:34:03      Accurate Collection Services,
                 17 Prospect St,    Morristown, NJ 07960-6862
517177907       EDI: GMACFS.COM Dec 27 2017 22:13:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517126452       EDI: GMACFS.COM Dec 27 2017 22:13:00      Ally Financial Inc.,    PO Box 200,
                 Detroit, MI 48265-2200
517126454       EDI: AMEREXPR.COM Dec 27 2017 22:13:00      American Express,    Customer Service,
                 PO Box 981535,    El Paso, TX 79998-1535
517126454       E-mail/Text: bnctest@becket-lee.com Dec 27 2017 22:33:26      American Express,
                 Customer Service,    PO Box 981535,    El Paso, TX 79998-1535
```

```
District/off: 0312-3          User: admin                  Page 2 of 3                   Date Rcvd: Dec 27, 2017
                              Form ID: 148                 Total Noticed: 68

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517126455      E-mail/Text: bky@americanprofit.net Dec 27 2017 22:34:18      American Profit Recovery,
                34405 W 12 Mile Rd Ste 379,    Farmington Hills, MI   48331-5608
517126457      EDI: BANKAMER.COM Dec 27 2017 22:13:00       Bank of America,    PO Box 15019,
                Wilmington, DE   19850-5019
517126458      EDI: BANKAMER.COM Dec 27 2017 22:13:00       Bank of America Home Loans,    PO Box 26078,
                Greensboro, NC   27420-6078
517126459      EDI: CAPITALONE.COM Dec 27 2017 22:13:00       Capital One,    Bankruptcy Claims Servicer,
                PO Box 30285,    Salt Lake City, UT   84130-0285
517126460      E-mail/Text: bankruptcy@cavps.com Dec 27 2017 22:34:13      Cavalry Portfolio Services, LLC,
                PO Box 520,    Valhalla, NY   10595-0520
517240067     +E-mail/Text: bankruptcy@cavps.com Dec 27 2017 22:34:13      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517126462      EDI: CITICORP.COM Dec 27 2017 22:13:00       Citi Cards,    Customer Service,    PO Box 6500,
                Sioux Falls, SD   57117-6500
517145847      E-mail/Text: ering@cbhv.com Dec 27 2017 22:33:56       Con Edison Company of New York, Inc.,
                c/o CBHV,    PO Box 831,    Newburgh, NY   12551-0831
517126466      EDI: DISCOVER.COM Dec 27 2017 22:13:00       Discover,    PO Box 30421,
                Salt Lake City, UT   84130-0421
517126467      E-mail/Text: GPSAK@PSAKLAW.COM Dec 27 2017 22:34:39       Ellen L. Yang, Esq.,
                Psak & Associates,    127 Union Ave,    Middlesex, NJ   08846-1039
517126469      E-mail/Text: bankruptcy@savit.com Dec 27 2017 22:34:47      Gastromed Healthcare, PA,
                c/o Savit Collection Agency,    PO Box 250,    East Brunswick, NJ   08816-0250
517145850      EDI: PHINHARRIS Dec 27 2017 22:18:00       Harris & Harris, Ltd.,    111 West Jackson Blvd.,
                Suite 400,    Chicago, IL   60604-4135
517147906      EDI: IRS.COM Dec 27 2017 22:13:00       Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
517126483      E-mail/Text: Jerry.Bogar@conduent.com Dec 27 2017 22:34:53      NJ E-Z Pass,
                Violations Processing Center,    PO Box 4971,    Trenton, NJ   08650-4971
517145849      E-mail/Text: mreed@affcollections.com Dec 27 2017 22:34:03      Overlook Medical Center,
                c/o Accurate Collection Services,    17 Prospect Street,    Morristown, NJ   07960-6862
517126497      E-mail/Text: bankruptcynotices@cbecompanies.com Dec 27 2017 22:34:16       The CBE Group, Inc.,
                1309 Technology Pkwy,    Cedar Falls, IA   50613-6976
517232669     +EDI: AIS.COM Dec 27 2017 22:18:00       Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517222464      EDI: ECAST.COM Dec 27 2017 22:13:00       eCAST Settlement Corporation,    PO Box 29262,
                New York NY 10087-9262
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517126470*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,    Special Procedures Unit,
                955 S Springfield Ave Fl 3,    Springfield, NJ   07081-3570)
517176779*    +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                    Page 3 of 3                Date Rcvd: Dec 27, 2017
                              Form ID: 148                   Total Noticed: 68
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              David E. Shaver     on behalf of Debtor Nicholas   Avicolli dshaver@bnfsbankruptcy.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset- BAcked Certificates, Series
               2007-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certicateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset- BAcked Certificates, Series
               2007-4 rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certicateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-1
                rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Creditor    Mathew Property Inc./Ned Moftah sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```